# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MARIA GONZALES OBO J.C.G., <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Commissioner of Social Security, <br> *Defendant* | Civil Action No. 1:15-CV-3100-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 16) is denied.
Defendant's Motion for Summary Judgment (ECF No. 21) is granted.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John T. Rodgers on a motion for summary judgment.

Date: May 11, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Karen White
*(By) Deputy Clerk*

Karen White